UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLYDE GILLIE LAMB, JR.,

    Plaintiff,

v.   Case No. 3:16cv263-MCR/CJK

SIMPSON, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On June 22, 2016, plaintiff submitted a motion to proceed *in forma pauperis*. (Doc. 4). The Prisoner Consent Form and Financial Certificate submitted with the motion was deficient. On June 23, 2016, the court directed plaintiff to correct the deficiency by filing a prisoner consent form signed by an authorized prison official and a copy of his inmate account statement for the six-month period preceding the filing of his complaint. (Doc. 5).

Plaintiff submitted a second prisoner consent form but it suffered from the same deficiencies as the first. (Doc. 6). The Financial Certificate portion of the form was not completed and signed by an authorized prison official. In addition, plaintiff did not submit a printout of the transactions in his inmate trust account for the six-month period immediately preceding the filing of the complaint. On June

30, 2016, the court again advised plaintiff the Prisoner Consent Form and Financial Certificate must be signed by a prison official and accompanied by a printout of his inmate account transactions. (Doc. 7).

On July 11, 2016, plaintiff submitted a third Prisoner Consent Form and Financial Certificate. (Doc. 8). The form exhibited the same deficiencies as the previous two forms. On July 13, 2016, the court again directed plaintiff to submit: (1) a Prisoner Consent Form and Financial Certificate signed by an authorized prison official; and (2) a printout of the transactions in his inmate trust account for the six-month period preceding the filing of the complaint. (Doc. 9). The July 13, 2016 Order expressly warned plaintiff that failing to submit these materials would result in a recommendation that this case be dismissed for plaintiff's repeated failure to comply with orders of the court. Plaintiff, however, again submitted an incomplete Prisoner Consent Form and Financial Certificate. (Doc. 10).

Accordingly, it is respectfully RECOMMENDED:

1.	That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's repeated failure to comply with orders of the court.

2.	That the clerk be directed to close the file.

DONE AND ORDERED this 4th day of August, 2016.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE**

Case No. 3:16cv263-MCR/CJK

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:16cv263-MCR/CJK